

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-25-2003

# USA v. Orozco

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-2969

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"USA v. Orozco" (2003). *2003 Decisions.* Paper 344.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/344

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 02-2969

UNITED STATES OF AMERICA

v.

JONATHAN OROZCO,
a/k/a EL Gordo,
a/k/a Gordo,

Jonathan Orozco,
Appellant

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
D.C. Criminal No. 01-cr-00323
District Judge: Mary A. McLaughlin

Submitted Pursuant to Third Circuit LAR 34.1(a)
July 15, 2003
Before: McKee, Barry & Rosenn, Circuit Judges

(Filed: July 24, 2003)

OPINION OF THE COURT

McKee, Circuit Judge

Jonathan Orozco pled guilty to an indictment charging him with conspiracy to

distribute 5 or more kilograms of cocaine and 50 or more kilograms of marijuana in

violation of 21 U.S.C. §§ 846 and 841(b)(1)(A). Thereafter, he filed the instant appeal.

Counsel for Orozco has filed a brief pursuant to *Anders v. California*, 386 U.S.

738 (1967) in which he claims that he has undertaken a conscientious review of the

record and that there are no nonfrivolous issues for appeal. Inasmuch as we agree that there are no nonfrivolous issues for appeal, we will affirm the judgment of the district court. Counsel's motion to withdraw is granted.

TO THE COURT:

Please file the foregoing opinion.

By the Court

/s/ Theordore A. McKee

Circuit Judge